IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUAN AND FRIDA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED PERSONS, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| CME CONSULTING LLC AND OM SHEE SHIVSHAKTI HOSPITALITY USA, LLC, collectively d/b/a COMFORT SUITES OF MILLEDGEVILLE, and individual defendants CHIRAG THAKKAR AND MANOJ PATEL, | : : : : : : : : | CIVIL ACTION NO. 1:22-cv-3128-AT |
| Defendants. | : : | |

## ORDER

Before the Court is Plaintiffs' Motion for Default Judgment [Doc. 13]. The Court hereby sets an in-person hearing to address Plaintiff's Motion and the appropriate relief to be awarded. The hearing is set for Tuesday **May 30, 2023 at 10:30 a.m**. Plaintiffs should be in attendance at the hearing. **Plaintiffs are DIRECTED to serve a copy of this Order on all Defendants immediately by certified and first-class mail, as well as any electronic means, if available**.

Plaintiffs are further **DIRECTED** to file by **May 18, 2023** a comprehensive proposed order granting the default judgment, setting forth the

allegations of the complaint and why they entitle Plaintiffs to default judgment. The Court refers Plaintiffs to *Eyo v. Ace High*, 1:20-cv-1018 at Docket Entry 50 for an example of a final default judgment order in an FLSA case. The Court also refers Plaintiffs to *LeCraw v. Winfield*, 16-cv-3914-AT at Docket Entry 9 or *Auto-Owners v. LBC Landscaping et al.*, 1:20-cv-4327 at Docket Entry 48-1 for other examples of satisfactory proposed orders. Plaintiffs should also email a copy of the proposed order in Word format to Courtroom Deputy Clerk Harry Martin at Harry_Martin@gand.uscourts.gov.

If Plaintiffs seek any attorney's fees in this matter, Plaintiffs' counsel should file on the docket a declaration and supporting fee documentation indicating the amount of work completed and the fees sought. Plaintiffs should also confirm the amount of damages sought, as identified in paragraph 13 of the Motion for Default Judgment.[1] Plaintiffs should further provide any additional documentation supporting Plaintiffs' damages that they may have. Finally, Plaintiffs should indicate whether they still seek liquidated damages, as indicated in the Complaint. These additional materials should be filed by **May 26, 2023**.

**IT IS SO ORDERED** this 27th day of April 2023.

                                                                                      _____
                                                                                      **Honorable Amy Totenberg**
                                                                                      **United States District Judge**

---

[1] The amounts listed in the first paragraph of ¶ 13 add up to more than the amount requested by Plaintiffs in the second paragraph of ¶ 13.

2