# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UAN AND FRIDA HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED PERSONS,<br><br>Plaintiffs,<br><br>v.<br><br>CME CONSULTING LLC AND OM SHEE SHIVSHAKTI HOSPITALITY USA, LLC, collectively d/b/a COMFORT SUITES OF MILLEDGEVILLE, and individual defendants CHIRAG THAKKAR AND MANOJ PATEL,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:22-cv-3128-AT |

## ORDER

Having read and considered the foregoing Notice of Compromise and Joint Motion for Stay, it is hereby **ORDERED** that this matter is stayed forty-five (45) days to permit Plaintiffs and Defendants OM Shree Shivshakti Hospitality USA, LLC and Manoj Patel time to memorialize their settlement agreement and seek Court approval of their FLSA settlement.

SO ORDERED this 24th day of September, 2024.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**