**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JUAN HERNANDEZ; FRIDA HERNANDEZ

        Plaintiff(s),

vs.

CME CONSULTING LLC, CHIRAG THAKKAR

        Defendant(s).

CIVIL ACTION FILE

NO.  1:22-cv-03128-AT

## DEFAULT  JUDGMENT

The defendants, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Amy Totenberg, United States District Judge, by order of 1/16/2025, having granted the Motion for Default Judgment and directed that judgment issue in favor of Plaintiffs and against Defendants CME Consulting LLC and Chirag Thakkar, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs are awarded a **DEFAULT JUDGMENT** against Defendants CME Consulting LLC and Chirag Thakkar (jointly and severally) in the amount of $16,208.36. This amount is allocated as follows: $7,640.88 for Plaintiff Juan Hernandez; $7,640.88 for Plaintiff Frida Hernandez; and $926.60 in attorneys' fees and costs.

Dated at Atlanta, Georgia this 16th day of January, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ T. Frazier
      Deputy Clerk

Prepared, filed, and entered in the
Clerk's Office
January 16, 2025
Kevin P. Weimer Clerk of
Court

By: s/ T. Frazier
      Deputy Clerk